IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ALBERTSON'S, INC. | ) | |
| | ) | |
| Plaintiff, | ) | CV 03-550-S-BLW |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAMILLA R. PAOLINI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Over two years ago, on April 7, 2005, the Court stayed these proceedings pending the outcome of an appeal before the Ninth Circuit Court of Appeals by Defendant's husband, Bruce Paolini, in a related case. (Docket No. 52). At the time this action was stayed, three motions filed by Defendant were stayed — Defendant's Motion for Sanctions and to Compel Discovery (Docket No. 30), Defendant's Second Motion for Sanctions and to Compel Discovery (Docket No. 44), and Defendant's Motion to Extend Certain Dates in Scheduling Order (Docket No. 46).

The Order staying this action and Defendant's pending motions required the parties to notify the Court when the Ninth Circuit Court of Appeals issued its ruling on Bruce Paolini's appeal. *Order*, p. 6 (Docket No. 52). Although on April 7, 2007 the Ninth Circuit issued its ruling affirming the District Court's grant of summary judgment against Bruce Paolini, the parties have not filed the required notice. Considering that a ruling has been issued, *see Paolini v. Albertsons*, 482 F.3d 1149 (9th Cir. 2007), it is appropriate that the parties provide an update on the status of this action.

ORDER - 1

Accordingly, on or before July 2, 2007, Defendant, who appears pro se, and counsel for Plaintiff shall personally speak to confer and submit a joint, written status report regarding the status of this action and Defendant's pending motions.

### ORDER

IT IS THEREFORE HEREBY ORDERED that Defendant and counsel for Plaintiff shall submit a joint, written status report, on or before July 2, 2007, regarding the status of this action and Defendant's pending motions.



DATED: **June 11, 2007**.

Honorable Larry M. Boyle
U. S. Magistrate Judge